# Your Missouri Courts

Search for Cases by: Select Search Method...

Judicial Links | eFiling | Help | Contact Us | Print          GrantedPublicAccess  Logoff FRANKLIN_D

**2022-CC01111 - M & B OIL INC V FEDERATED MUTUAL INSURANCE ET AL (E-CASE)**

| Case Header FV | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

**Click here to eFile on Case**
Click here to Respond to Selected Documents

Sort Date Entries: ● Descending  ○ Ascending

Display Options: All Entries

---

**02/17/2021** ☐ **Notice**
DEPARTMENT OF COMMERCE AN INSURANCE

**02/01/2021** ☐ Jury Trial Scheduled
**Scheduled For:** 03/22/2021;  9:00 AM ;  MICHAEL FRANCIS STELZER;  City of St. Louis
☐ Hearing Continued/Rescheduled
**Hearing Continued From:** 02/08/2021;  9:00 AM Jury Trial

**01/13/2021** ☐ **Alias Summons Issued**
Document ID: 21-SMCC-423, for FEDERATED MUTUAL INSURANCE CO.

**01/06/2021** ☐ Note to Clerk eFiling
**Filed By:** DAVID C. KNIERIEM
☐ **Alias Summons Requested**
Request for alias summons.
**Filed By:** DAVID C. KNIERIEM
**On Behalf Of:** M & B OIL, INC.

**01/04/2021** ☐ **Amended Notice of Hrng Filed**
AMENDED NOTICE OF HEARING
**Filed By:** DAVID C. KNIERIEM
**On Behalf Of:** M & B OIL, INC.

**12/24/2020** ☐ **Notice of Hearing Filed**
Notice of Hearing.
**Filed By:** DAVID C. KNIERIEM
**On Behalf Of:** M & B OIL, INC.
☐ **Motion for Default Judgment**
Motion for Default as to Federated Insurance; Affidavit.
**Filed By:** DAVID C. KNIERIEM
**On Behalf Of:** M & B OIL, INC.

**12/01/2020** ☐ Jury Trial Scheduled
**Associated Entries:** 02/01/2021 - Hearing Continued/Rescheduled
**Scheduled For:** 02/08/2021;  9:00 AM ;  MICHAEL FRANCIS STELZER;  City of St. Louis
☐ Hearing Continued/Rescheduled

Hearing Continued From: 12/14/2020; 9:00 AM Jury Trial

**08/20/2020** ☐ **Corporation Served**
Document ID - 20-SMCC-7142; Served To - FEDERATED MUTUAL INSURANCE CO; Server - ; Served Date - 12-AUG-20; Served Time - 09:35:00; Service Type - Sheriff Department; Reason Description - Served

**08/19/2020** ☐ **Corporation Served**
Document ID - 20-SMCC-7143; Served To - CITY OF ST LOUIS WATER DIV; Server - J GALLI, SERVICE DEPUTY; Served Date - 19-AUG-20; Served Time - 14:21:00; Service Type - Sheriff Department; Reason Description - Served; Service Text - CAROLY HARGACIA/EXEC SEC

**08/06/2020** ☐ **Summons Issued-Circuit**
Document ID: 20-SMCC-7143, for CITY OF ST LOUIS WATER DIV.

☐ **Summons Issued-Circuit**
Document ID: 20-SMCC-7142, for FEDERATED MUTUAL INSURANCE CO.

**06/29/2020** ☐ **Jury Trial Scheduled**
  Associated Entries: 12/01/2020 - Hearing Continued/Rescheduled
  Scheduled For: 12/14/2020; 9:00 AM ; REX M BURLISON; City of St. Louis

**06/10/2020** ☐ **Summ Req-Circuit Pers Serv**
Memo to Clerk requesting summons.
  **Filed By:** DAVID C. KNIERIEM
  **On Behalf Of:** M & B OIL, INC.

**06/09/2020** ☐ **Judge/Clerk - Note**
THE SUMMONS WAS NOT ISSUED, PLEASE E-FILE AN ADDITIONAL $36.00 FOR THE CITY SHERIFF'S FEE OR A REQUEST FOR SPECIAL PROCESS SERVER, USING THE COURT APPROVED FORM. SEE stlcitycircuitcourt.com UNDER GENERAL INFORMATION-COURT FORMS.

**06/05/2020** ☐ **Filing Info Sheet eFiling**
  **Filed By:** DAVID C. KNIERIEM

☐ **Pet Filed in Circuit Ct**
Petition; Exhibit 1 Policy.
  **Filed By:** DAVID C. KNIERIEM
  **On Behalf Of:** M & B OIL, INC.

☐ **Judge Assigned**

2022-CC01111

Electronically Filed - City of St. Louis - June 05, 2020 - 01:55 PM

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI

| | |
|---|---|
| M & B OIL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No. |
| ) | |
| FEDERATED MUTUAL INSURANCE ) | |
| COMPANY, ) | Div. 1 |
| Serve: ) | |
| Director of Insurance ) | |
| 301 West High Street, Room 530 ) | JURY TRIAL DEMANDED |
| Jefferson City, MO 65101 ) | |
| ) | |
| and ) | |
| ) | |
| CITY OF ST. LOUIS ) | |
| Serve: Officer in Charge, Water Division ) | |
| 1640 S. Kingshighway ) | |
| St. Louis, MO 63110 ) | |
| Defendants. ) | |

## **PETITION**

Comes now Plaintiff, and for its cause of action against Defendants, states as follows:

1. Plaintiff is a domestic corporation.

2. The defendant Federated Mutual Insurance Company ("Federated") is a foreign insurance company.

3. The defendant City of St. Louis ("City") is a domestic municipal corporation that for purposes of this lawsuit was acting in a proprietary capacity of supplying water.

4. On or before February 2nd, 2019, Plaintiffs sustained damage due to a freezing water pipe on property owned by it at 2501 N. Grand Blvd, St. Louis, MO 63106.

**Count I – Federated – Breach of Contract**

5. Plaintiff restates and realleges paragraphs 1-4 of this Petition as if fully set forth herein.

6. Defendant Federated issued to plaintiff an insurance policy, # 6061069, attached as Exhibit 1, which provided coverage for this damage, and was in full force and effect at the time of the damage. This policy was issued in Missouri and delivered in Missouri.

6. Plaintiff satisfied all conditions precedent under the policy.

7. Demand was made by Plaintiff to Defendant to provide coverage for this damage, and indemnify Plaintiff for its loss.

8. Defendant has failed to pay the losses owed under the policy.

9. Plaintiff was damaged in an amount that has not been indemnified in excess of $400,000.00.

10. In addition, this refusal to pay the value of the damage was vexatious and in bad faith as it was without reasonable cause or excuse, in that Defendant has unreasonably delayed payment of the loss, and has no basis for not paying the claim other than to unnecessarily delay payment, thereby entitling plaintiff to the penalties set forth in Mo. Rev. Stat. § 375.420, including attorneys' fees.

WHEREFORE, Plaintiff respectfully requests this court enter judgment against Defendant Federated in an amount in excess of $25,000.00, pre- and post judgment interest, attorneys' fees, and a penalty of 20% of the first $1500.00 of loss and 10% of the amount in excess of $1500.00, costs, and any other relief this Court deems just and proper.

**Count II – City – Detrimental Reliance**

11. Plaintiff restates and realleges paragraphs 1-4 of this Petition as if fully set forth herein.

12. On February 2, 2019, Defendant City advised Plaintiff through the City of St. Louis Fire Department that it was shutting off the water to the premises.

13. The City failed to shut off the water, and did not advise either the Fire Department or Plaintiff of this.

14. Plaintiff relied on the City's statement that it was turning off the water to its detriment.

15. As a result, Plaintiff sustained damages to its premises in excess of $400,000.

WHEREFORE, plaintiff respectfully requests this court enter judgment against defendant in an amount in excess of $25,000.00, pre- and post judgment interest, costs, and any other relief this Court deems just and proper.

    LAW OFFICES OF DAVID C. KNIERIEM

    /s/ David C. Knieriem
    David C. Knieriem    #37968
    13321 North Outer Forty Road, Suite 100
    Town & Country, MO  63017
    314-862-5110
    Attorney for Plaintiff

Electronically Filed - City of St. Louis - June 05, 2020 - 01:55 PM

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI

| | |
|---|---|
| M & B OIL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No. 2022-CC01111 |
| ) | |
| FEDERATED MUTUAL INSURANCE ) | |
| COMPANY, et al. ) | Div. 1 |
| ) | |
| Defendants. ) | |

## MEMORANDUM TO CLERK

Please issue summons to:

FEDERATED MUTUAL INSURANCE
COMPANY,
Serve:
Director of Insurance
301 West High Street, Room 530
Jefferson City, MO  65101

and

CITY OF ST. LOUIS
Serve:  Officer in Charge, Water Division
1640 S. Kingshighway
St. Louis, MO  63110

LAW OFFICES OF DAVID C. KNIERIEM

/s/ David C. Knieriem
David C. Knieriem           #37968
13321 North Outer Forty Road, Suite 100
Town & Country, MO  63017
314-862-5110
Attorney for Plaintiff

# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>REX M BURLISON | Case Number: 2022-CC01111 | |
|---|---|---|
| Plaintiff/Petitioner:<br>M & B OIL, INC.<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>DAVID C. KNIERIEM<br>13321 NORTH OUTER FORTY RD<br>SUITE 100<br>TOWN & COUNTRY, MO 63017 | |
| Defendant/Respondent:<br>FEDERATED MUTUAL INSURANCE CO | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | |
| Nature of Suit:<br>CC Breach of Contract | | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:** CITY OF ST LOUIS WATER DIV
Alias:

OFFICER IN CHARGE
WATER DIVISION
1640 S KINGSHIGHWAY
ST LOUIS, MO 63110

COURT SEAL OF
CITY OF ST LOUIS

**SHERIFF'S FEE PAID**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**August 6, 2020** _____  _Thomas Kloeppinger_ _____
_____ Date _____                                _____ Clerk _____

Further Information:

### Sheriff's or Server's Return
**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____  _____
Printed Name of Sheriff or Server    Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _____ (date).
(Seal)
My commission expires: _____  _____
                            Date              Notary Public

**Sheriff's Fees, if applicable**
Summons          $_____
Non Est          $_____
Sheriff's Deputy Salary
Supplemental Surcharge  $____10.00____
Mileage          $_____ (_____ miles @ $_____ per mile)
**Total**        $_____

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>REX M BURLISON | Case Number: 2022-CC01111 | |
|---|---|---|
| Plaintiff/Petitioner:<br>M & B OIL, INC.<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>DAVID C. KNIERIEM<br>13321 NORTH OUTER FORTY RD<br>SUITE 100<br>TOWN & COUNTRY, MO 63017 | |
| Defendant/Respondent:<br>FEDERATED MUTUAL INSURANCE CO | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | |
| Nature of Suit:<br>CC Breach of Contract | | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:** FEDERATED MUTUAL INSURANCE CO
**Alias:**

DIRECTOR OF INSURANCE
301 WEST HIGH STREET, ROOM 530
JEFFERSON CITY, MO 65101

**COURT SEAL OF**

**CITY OF ST LOUIS**

**COLE COUNTY, MO**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**August 6, 2020**                              _Thomas Kloeppinger_
_____       _____
Date                                                    Clerk

Further Information:

### Sheriff's or Server's Return
**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                          _____
Printed Name of Sheriff or Server         Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _____ (date).
(Seal)
My commission expires: _____    _____
                              Date                   Notary Public

**Sheriff's Fees, if applicable**
Summons                                   $_____
Non Est                                   $_____
Sheriff's Deputy Salary
Supplemental Surcharge                    $  10.00
Mileage                                   $_____ (____ miles @ $____ per mile)
**Total**                                 $_____

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

VERNON BETTS
**SHERIFF**
CITY OF ST. LOUIS
CIVIL COURTS BUILDING
10 NORTH TUCKER BOULEVARD
ST. LOUIS, MISSOURI 63101
622-4851

30D (Rev 7/17)

8-17-20

DW01
M&B Oil Inc.

## Return of Service on Summons/Petition and Subpoena

Defendant: City of St. Louis Water Div
Doc. ID Number: 20-SMCC-7143
Address: 1640 S Kingshighway
Case Number: 2022-CC 01111

Executed: [✓] Summons / Petition   [ ] Subpoena

I hereby certify that I served the within **summons and petition** by:

[ ] Subpoena   How Served: _____

[ ] Posting copy of Summons and copy of Petition, to dwelling listed on above address.

[ ] Delivering a copy of the summons and a copy of the petition, to the Defendant/Respondent.
How Served: _____

[ ] Leaving a copy of the summons and a copy of the petition, at the dwelling place or usual abode of the Defendant/Respondent with a family member over the age of 15 years _____
[ ] Non-Est Reason: _____

[✓] For service on a **Corporation/Partnership**: by delivering a copy of the Eviction/Replevin/Writ of Possession to
[✓] An Agent and/or Appointed Agent: Carolyn Hargacin P/w55 (name) Exec. Secr. (title).
[ ] A Partner: _____ (name) _____ (title).
[ ] A Managing or General Agent: _____ (name) _____ (title).
[ ] The person in charge of defendant's business office _____ (name) _____ (title).
[ ] The Registered Agent: _____ (name) _____ (title).
[ ] Non-Est Reason: _____

[ ] For service on **Limited Liability Company (LLC)**: by delivering a copy of the summons and a copy of the petition to:
[ ] The Registered Agent: _____ (name) _____ (title).
[ ] An Authorized Person: _____ (name) _____ (title).
[ ] An Organizer: _____ (name) _____ (title).
[ ] Non-Est Reason: _____

Served at 4600 McRee (address)
in (City of St. Louis), MO, on 8-19-20 (date) at 301 PM (time).

Joe Galli — Print name of Sheriff or Server
Joe Galli #675 — Signature of Sheriff or Server

A copy of the execution must be served on each Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division: REX M BURLISON | Case Number: 2022-CC01111 |
|---|---|
| Plaintiff/Petitioner: M & B OIL, INC. vs. | Plaintiff's/Petitioner's Attorney/Address DAVID C. KNIERIEM 13321 NORTH OUTER FORTY RD SUITE 100 TOWN & COUNTRY, MO 63017 |
| Defendant/Respondent: FEDERATED MUTUAL INSURANCE CO | Court Address: CIVIL COURTS BUILDING 10 N TUCKER BLVD SAINT LOUIS, MO 63101 |
| Nature of Suit: CC Breach of Contract | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: CITY OF ST LOUIS WATER DIV
Alias:

OFFICER IN CHARGE
WATER DIVISION
1640 S KINGSHIGHWAY
ST LOUIS, MO 63110

SHERIFF'S FEE PAID


COURT SEAL OF
CITY OF ST LOUIS

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

August 6, 2020                    _Thomas Kloppinger_
Date                                        Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).
☐ other: _____
Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server      Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _____ (date).
(Seal)
My commission expires: _____    _____
                                       Date                                 Notary Public

Sheriff's Fees, if applicable
Summons                              $_____
Non Est                                 $_____
Sheriff's Deputy Salary
Supplemental Surcharge    $   10.00
Mileage                                  $_____ ( _____ miles @ $_____ per mile)
Total                                       $_____

A copy of the summons and a copy of the petition must be served on each defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) *For Court Use Only:* Document Id # 20-SMCC-7143    1 of 1    Civil Procedure Form No. 1; Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

## IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division: REX M BURLISON | Case Number: 2022-CC01111 | RECEIVED |
|---|---|---|
| Plaintiff/Petitioner: M & B OIL, INC. | Plaintiff's/Petitioner's Attorney/Address DAVID C. KNIERIEM 13321 NORTH OUTER FORTY RD SUITE 100 TOWN & COUNTRY, MO 63017 | AUG 1 0 2020 COLE COUNTY SHERIFF'S OFFICE |
| vs. | | |
| Defendant/Respondent: FEDERATED MUTUAL INSURANCE CO | Court Address: CIVIL COURTS BUILDING 10 N TUCKER BLVD SAINT LOUIS, MO 63101 | |
| Nature of Suit: CC Breach of Contract | | (Date File Stamp) |

### Summons in Civil Case

The State of Missouri to: FEDERATED MUTUAL INSURANCE CO
Alias:

DIRECTOR OF INSURANCE
301 WEST HIGH STREET, ROOM 530
JEFFERSON CITY, MO 65101

COURT SEAL OF
CITY OF ST LOUIS

COLE COUNTY, MO

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

August 6, 2020
Date

_Thomas Kloeppinger_
Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☒ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: Debra Lee (name) Designee (title).
☐ other: _____

Served at 301 W High St Jefferson City MO 65101 (address)
in Cole (County/City of St. Louis), MO, on 08-12-2020 (date) at 9:35 AM (time).

Sheriff _A.D. Wheel_ (Printed Name of Sheriff or Server)
By Dep. John Strobel 81
Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _____ (date)
(Seal)
My commission expires: _____
Date _____ Notary Public

### Sheriff's Fees, if applicable
Summons $_____
Non Est $_____
Sheriff's Deputy Salary Supplemental Surcharge $ 10.00
Mileage $_____ (_____ miles @ $_____ per mile)
Total $_____

A copy of the summons and a copy of the petition must be served on each defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

#3297
$30.00

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI

| | |
|---|---|
| M & B OIL, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Cause No. 2022-CC01111 |
| | ) |
| FEDERATED MUTUAL INSURANCE | ) |
| COMPANY, et al. | ) Div. 1 |
| | ) |
| Defendants. | ) |

## MOTION FOR DEFAULT JUDGMENT AS TO FEDERATED MUTUAL

Comes now Plaintiff, and requests this Court enter default judgment as to Federated Mutual Insurance Company. As grounds for this Motion, Plaintiff states that more than 30 days have passed since Defendant was served, and Defendant has failed to respond. Plaintiff has attached an affidavit of damages.

LAW OFFICES OF DAVID C. KNIERIEM

/s/ David C. Knieriem
David C. Knieriem            #37968
13321 North Outer Forty Road, Suite 100
Town & Country, MO  63017
314-862-5110
Attorney for Plaintiff

Certificate of Service

A copy of the foregoing was served this 24th day of December, 2020 via the courts electronic filing system to all attorneys of record.

/s/ David C. Knieriem

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI

| | |
|---|---|
| M & B OIL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No. 2022-CC01111 |
| ) | |
| FEDERATED MUTUAL INSURANCE ) | |
| COMPANY, et al. ) | Div. 1 |
| ) | |
| Defendants. ) | |

## NOTICE OF HEARING

Comes now Plaintiff, and states it will call up its motion for default judgment as to Federated Mutual Insurance Company on Monday, January 4, 2020 at 9am or as soon thereafter as counsel may be heard via the Court's video docket.

LAW OFFICES OF DAVID C. KNIERIEM

/s/ David C. Knieriem
David C. Knieriem              #37968
13321 North Outer Forty Road, Suite 100
Town & Country, MO  63017
314-862-5110
Attorney for Plaintiff

Certificate of Service

A copy of the foregoing was served this 24th day of December, 2020 via the courts electronic filing system to all attorneys of record.

/s/ David C. Knieriem

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI

| | |
|---|---|
| M & B OIL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No. 2022-CC01111 |
| ) | |
| FEDERATED MUTUAL INSURANCE ) | |
| COMPANY, et al. ) | Div. 1 |
| ) | |
| Defendants. ) | |

## AMENDED NOTICE OF HEARING

Comes now Plaintiff, and states it will call up its motion for default judgment as to Federated Mutual Insurance Company on Monday, February 8, 2020 at 9am or as soon thereafter as counsel may be heard via the Court's video docket.

                                        LAW OFFICES OF DAVID C. KNIERIEM

                                        /s/ David C. Knieriem
                                        David C. Knieriem      #37968
                                        13321 North Outer Forty Road, Suite 100
                                        Town & Country, MO  63017
                                        314-862-5110
                                        Attorney for Plaintiff

Certificate of Service

A copy of the foregoing was served this 24th day of December, 2020 via the courts electronic filing system to all attorneys of record.

                                        /s/ David C. Knieriem

Electronically Filed - City of St. Louis - January 04, 2021 - 01:08 PM

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI

| | | |
|---|---|---|
| M & B OIL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No. 2022-CC01111 |
| | ) | |
| FEDERATED MUTUAL INSURANCE | ) | |
| COMPANY, et al. | ) | Div. 1 |
| | ) | |
| Defendants. | ) | |

### REQUEST FOR ALIAS SUMMONS

Comes now Plaintiff, and requests an alias summons be issued to:

Federated Mutual Insurance Company
c/o Director of Insurance
301 West High Street, Room 530
Jefferson City, MO  65101

> LAW OFFICES OF DAVID C. KNIERIEM
>
> /s/ David C. Knieriem
> David C. Knieriem                    #37968
> 13321 North Outer Forty Road, Suite 100
> Town & Country, MO  63017
> 314-862-5110
> Attorney for Plaintiff

Certificate of Service

A copy of the foregoing was served this 6th day of January, 2021 via the courts electronic filing system to all attorneys of record.

> /s/ David C. Knieriem



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| | |
|---|---|
| Judge or Division:<br>MICHAEL FRANCIS STELZER | Case Number: 2022-CC01111 |
| Plaintiff/Petitioner:<br>M & B OIL, INC.<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>DAVID C. KNIERIEM<br>13321 NORTH OUTER FORTY RD<br>SUITE 100<br>TOWN & COUNTRY, MO 63017 |
| Defendant/Respondent:<br>FEDERATED MUTUAL INSURANCE CO | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 |
| Nature of Suit:<br>CC Breach of Contract | (Date File Stamp) |

## ALIAS Summons in Civil Case

**The State of Missouri to:** FEDERATED MUTUAL INSURANCE CO
   **Alias:**
**DIRECTOR OF INSURANCE**
**301 WEST HIGH STREET, ROOM 530**
**JEFFERSON CITY, MO 65101**

**COLE COUNTY, MO**

*COURT SEAL OF*

*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**January 13, 2021**                             _Thomas Kloeppinger_
_____     _____
           Date                                                      Clerk
Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____            _____
Printed Name of Sheriff or Server                        Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _____ (date).
*(Seal)*
My commission expires: _____  _____
                                              Date                               Notary Public

**Sheriff's Fees, if applicable**
Summons                                  $_____
Non Est                                      $_____
Sheriff's Deputy Salary
Supplemental Surcharge    $____10.00_____
Mileage                                       $_____ (_____ miles @ $._____ per mile)
**Total**                                        $_____

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) *For Court Use Only:* **Document Id # 21-SMCC-423**     1 of 1     Civil Procedure Form No. 1; Rules 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

State of Missouri

Department of Commerce and Insurance



**TO:** Corporate Secretary (or United States Manager or Last Appointed General Agent) of

FEDERATED MUTUAL INSURANCE COMPANY
SR LEGAL COUNSEL
121 E. PARK SQUARE
OWATONNA, MN 55060

**RE:** Court: St. Louis City Circuit Court, Case Number: 2022-CC01111

You will take notice that original process in the suit against you, a copy of which is attached hereto and sent to you by certified mail, was duly served upon you at Jefferson City, Missouri, by serving the same on the Director of the Department of Commerce and Insurance of the state of Missouri, Dated at Jefferson City, Missouri this Friday, January 29, 2021.

*Chlora Lindley-Myers*

Director of Commerce and Insurance

---

**AFFIDAVIT**

State of Missouri,
    ss.
County of Cole,

The undersigned Director of the Department of Commerce and Insurance or the Director's designated agent, hereby makes oath and certifies the original of the above notice to the above addressee was mailed at the United States Post Office in Jefferson City, Missouri on January 29, 2021 by first class certified mail prepaid as provided by section 375.906.5, RSMo. and Supreme Court Rule 54.15

Director, Department of Commerce and Insurance

By: _____

Subscribed and sworn to before me this 29th day of January, 2021

_Kathryn Latimer_
Notary Public
KATHRYN LATIMER
My Commission Expires
March 4, 2024
Cole County
Commission #12418395

**ENTERED**
**FEB 17 2021**
**PAC**

301 West High Street, Room 530, P.O. Box 690 / JeffersonCity, Missouri 65102-0690
Telephone 573-526-0000 / TDD 1-573-526-4536 (Hearing Impaired)
http://www.dci.mo.gov